## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ANTOINE POTEAT      *
       *
    Plaintiff,      *
       *    Civil Action No.8:17-cv-01903-TDC
v.      *
       *
DET. LEE GIBSON      *
       *
    Defendant.      *

## MOTION TO DISMISS

COMES NOW defendant Detective Lee Gibson, by counsel, pursuant to Rule 12(b)(2) and (3) and Rule 8(c)(1), and hereby moves this Court to dismiss this cause of action with prejudice on the grounds that:

1. This Court does not have general or specific personal jurisdiction over Detective Gibson.

2. This District is not the appropriate venue for this action under 28 U.S.C. § 1391(b).

3. All claims based upon alleged false arrest or false imprisonment are barred by the applicable statute of limitations.

4. A Memorandum of Points and Authorities is attached to this Motion.

5. Detective Gibson requests a hearing on this Motion and attached Memorandum of Points and Authorities.

BANCROFT, MCGAVIN, HORVATH & JUDKINS, P.C.
9990 FAIRFAX BOULEVARD • SUITE 400 • FAIRFAX, VIRGINIA 22030 • (703) 385-1000 • FAX (703) 385-1555

WHEREFORE, the foregoing considered, Detective Gibson, by counsel, moves this Court to dismiss this cause of action and award it costs expended. A proposed order is attached.

Respectfully submitted,
Lee Gibson,
By Counsel

BANCROFT, McGAVIN,
 HORVATH, & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia  22030
Telephone: (703) 385-1000
Facsimile:   (703) 385-1555

_____/s/_____
Dawn E. Boyce, Esquire
Maryland Bar No. 19833
dboyce@bmhjlaw.com
Counsel for Defendant,
Lee Gibson

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Dismiss was

served electronically on the 30th day of April, 2018, to:

Alan Jay Akerman
Law Offices of Alan J. Akerman
1513 King Street
Alexandria, VA 22314
Email: alanjakerman@msn.com

Donald F. Rosendorf
Law Office of Donald Frank Rosendorf
1513 King Street
Alexandria, VA 22314
Email: drosendor@aol.com

/s/

Dawn E. Boyce
