## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ANTOINE POTEAT          *

    Plaintiff,             *

                          *    Civil Action No.8:17-cv-01903-TDC

v.                          *

                          *

DET. LEE GIBSON       *

                          *

    Defendant.            *

### ORDER

UPON CONSIDERATION of Defendant Detective Lee Gibson's Motion to Dismiss the Complaint, any Opposition, and Reply thereto, it is this _____ day of _____, 2018, by the undersigned, a Judge of the District Court for the District of Maryland, hereby

ORDERED that Defendant Detective Lee Gibson's Motion to Dismiss the Complaint is GRANTED; and it is further

ORDERED that the Complaint is DISMISSED.

                                     _____

                                     Theodore D. Chuang
                                     United States District Judge

Copies to:

Dawn E. Boyce, Esq.
Bancroft, McGavin, Horvath & Judkins, P.C.
9990 Fairfax Boulevard, Ste. 400
Fairfax, Virginia 22030
Email: dboyce@bmhjlaw.com

Alan Jay Akerman
Law Offices of Alan J. Akerman
1513 King Street
Alexandria, VA 22314
Email: alanjakerman@msn.com

Donald F. Rosendorf
Law Office of Donald Frank Rosendorf
1513 King Street
Alexandria, VA 22314
Email: drosendor@aol.com