# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**ANTOINE POTEAT**
      **Plaintiff**　　　　　　　　　　　Civil Action No. 17-cv-01903-TDC
　　　　　　　　　　　　　　　　　　　　　　　　　　TDC
**v.**

**DET. LEE GIBSON**
      **Defendant**
_____/

### PLAINTIFF'S MOTION TO EXTEND TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Antoine Poteat, by and through counsel, moves the Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), to extend the time for responding to Defendant's Motion to Dismiss from May 21, 2018 to May 23, 2018.  As reasons therefore, plaintiff states as follows:

On May 14, 2018, Plaintiff filed a consent motion to extend the time for filing his opposition to Defendant's Motion to Dismiss.  Plaintiff, in the body of the Motion inadvertently asked for an extension from "May 14, 2018 to May 14, 2018,"  (sic).  In the recuested Order correctly asked for an extension to May 21.  Plaintiff now requests two more days, from May 21 to May 23, 2018 in which to respond.  Plaintiff will not seek further extensions.

Due to case load demands and deadlines, counsel has not fully researched the issues raised, although he is now nearing the end of his research and needs the additional two days to finish the research and draft the opposition.

1

Plaintiff's counsel emailed counsel for Defendant earlier this afternoon asking if she would consent to allowing two more days for the opposition to be filed and has thus far received no response.

                                            Respectfully submitted,
                                            Antoine Poteat
                                            By Counsel

*/s/Donald F. Rosendorf*
Donald F. Rosendorf
Law Office of Donald F. Rosendorf
1513 King Street
Alexandria, VA 22314
drosendor@aol.com
Counsel for Antoine Poteat

*/s/Alan J. Ackerman*
Alan J. Ackerman
1513 King Street
Alexandria, VA 22314
alanjackerman@msn.com
Counsel for Antoine Poteat

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was served electronically this 21st day of May, 2018, on:

    Dawn E. Boyce, Esquire
    9990 Fairfax Boulevard, Suite 400
    Fairfax, VA 22030

                                            *Alan J. Ackerman*
                                            Alan J. Ackerman

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**ANTOINE POTEAT**
    **Plaintiff**                                   Civil Action No. 17-cv-01903-TDC

**v.**

**DET. LEE GIBSON**
    **Defendant**
_____/

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 6(b)(1)(A).

2. Consent of counsel.

3. Defendant will not be prejudiced.

4. The interest of justice.

                                         Respectfully submitted,
                                         Antoine Poteat
                                         By counsel

*/s/Donald F. Rosendorf*
Donald F. Rosendorf
Law Office of Donald F. Rosendorf
1513 King Street
Alexandria, VA 22314
drosendor@aol.com
Counsel for Antoine Poteat

*/s/Alan J. Ackerman*
Alan J. Ackerman
1513 King Street
Alexandria, VA 22314
alanjackerman@msn.com
Counsel for Antoine Poteat

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**ANTOINE POTEAT**
    **Plaintiff**

Civil Action No. 17-cv-01903-TDC

**v.**

**DET. LEE GIBSON**
    **Defendant**
_____/

## ORDER

The Court having read Plaintiff's Motion for Extension of Time to respond to Defendant's Consent Motion to Dismiss, Defendant having consented and there being no prejudice to the Defendant, and having considered the other reasons set forth in the motion, it is hereby Ordered that Plaintiff shall have up to and including May 23, 2018, in which to respond to Defendant's Motion to Dismiss.

 

_____
Theodore D. Chuang
United States District Judge