## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

ANTOINE POTEAT,

     Plaintiff,

     v.

DETECTIVE LEE GIBSON,

     Defendant.

Civil Action No. TDC-17-1903

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendant's Motion to Dismiss, ECF No. 24, is GRANTED.

2. Plaintiff's request to transfer the case to the United States District Court for the Western District of Virginia is DENIED.

3. The Clerk shall close this case.

Date:  December 6, 2018

THEODORE D. CHUANG
United States District Judge